**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14cv-03418-CMA-MJW

JEREMYAH WOOLBRIGHT,

    Plaintiff,

v.

C.O. WILSON,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting and Affirming June 15, 2015 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on July 8, 2015 it is

ORDERED that this case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for plaintiffs' failure to prosecute and to obey orders of the Court.

    Dated at Denver, Colorado this 8th day of July, 2015.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                         By: s/ V. Barnes
                                      V. Barnes
                                      Deputy Clerk